JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONTAN GARNER, individually and on behalf of himself and all others similarly situated, | Case No.  2-21-cv-09075-SB-GJS<br>Assigned: Hon. Stanley Blumenfeld, Jr. |
| | **ORDER GRANTING STIPULATION FOR VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE** |
| Plaintiff, | |
| v. | Complaint Filed: January 13, 2021<br>Removal Filed:   November 18, 2021<br>Answer:            November 18, 2021<br>Trial:               April 3, 2023 |
| ALBERTSON'S LLC, a Delaware Limited Liability Company; and DOES 1-50, inclusive, | |
| Defendants. | |

## ORDER

The Court having read and considered the Parties' stipulation and good cause appearing therefor,

**IT IS HEREBY ORDERED THAT** this Action shall be dismissed in its entirety as to all claims against all Defendants without prejudice.

**IT IS SO ORDERED.**

Dated: June 7, 2022

_____
Hon. Judge Stanley Blumenfeld, Jr.

1